State of Minnesota denied.  *Messrs. John E. Palmer* and *John B. Arnold* for petitioners.  *Messrs. Frank D. Adams* and *Elmer F. Bly* for respondent.

---

No. 157. UNITED STATES *v.* W. A. McFARLAND AND J. NORRIS McFARLAND, COPARTNERS.  See *ante*, p. 485.

---

No. 282. CHARLES B. BREWER *v.* ANDREW W. MELLON. October 17, 1927.  Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied.  *Mr. Richard L. Merrick* for petitioner.  No appearance for respondent.

---

No. 284. NEALE, INC., ET AL. *v.* HONORABLE PAUL J. McCORMICK AND EDWARD J. HENNING, JUDGES.  October 17, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Messrs. Samuel Knight* and *Samuel E. Darby* for petitioners.  No appearance for respondents.

---

No. 286. THE CLEAR VISION PUMP COMPANY *v.* WICHITA VISIBLE GASOLINE PUMP COMPANY ET AL. October 17, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. Wm. F. Hall, Alfred J. O'Brien* and *Hal M. Black* for petitioner.  *Messrs. Harry W. Hart* and *Delos G. Haynes* for respondents.

---

No. 287. PENNSYLVANIA RAILROAD COMPANY *v.* STEAMSHIP " HARVEY H. BROWN," CASTNER, CURRAN & BULLITT, INC.  October 17, 1927.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Chauncey I. Clark* for petitioner.  *Mr. W. H. McGrann* for respondents.